PETER L. ARIAN (Bar No. 238029)
(E-Mail: Peterarianlaw@gmail.com)
410 San Anselmo Avenue
San Anselmo, California 94960
Telephone: (415) 758-1871
Facsimile: (415) 329-1408

Attorneys for Defendant
MIGUEL ANGEL SALAS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL ANGEL SALAS, et al,<br><br>Defendants. | Case No. CR-17-283-EMC<br><br>**STIPULATION AND PR~~OPOS~~ED ORDER CONTINUING STATUS DATE FROM SEPTEMBER 26, 2017 to OCTOBER 18, 2017; PROPOSED ORDER RE: EXCLUDABLE TIME UNDER THE SPEEDY TRIAL ACT** |

The parties agree and stipulate as follows:

1. Defendants Miguel Salas and Samuel Meza are currently scheduled to appear before the Court for a status conference on September 27, 2017 at 2:30 p.m.

2. Both Messrs. Salas and Meza are on bond and out of custody. (See Dkt. Items 7 and 12.)

3. Defense counsel received an initial round of discovery on June 19, 2017, consisting of approximately 150 bates stamped pages and thirteen audio recordings of varying length.

4. Counsel for Mr. Salas, Peter L. Arian, has been involved in a trial in the matter of *People v. Jerry Coneal III,* San Mateo County Case SC080432A. Trial in Mr. Coneal's case commenced on July 10, 2017, and ended on August 31, 2017.

1

Subsequent to the trial, counsel for Mr. Salas has engaged in settlement negotiations with the government, but have yet to reach a disposition of the matter. Settlement negotiations are on-going and appear to be fruitful. Counsel for the government and Messrs. Salas and Meza are jointly requesting additional time to negotiate a disposition in the case.

5. All parties are available on October 18, 2017 at 2:30 p.m to appear before the Court, and respectfully request that the matter be continued to that date.

6. The parties agree that an exclusion of time is appropriate under the Speedy Trial Act between September 27, 2017 and October 18, 2017, for the purposes of the effective preparation of counsel. The parties also agree that the ends of justice served by grating such a continuance outweigh the best interests of the public and the defendant in a speedy trial. (18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

DATED: September 26, 2017    By  */s/ Peter L. Arian*
                                                PETER L. ARIAN
                                                Attorney for MIGUEL SALAS

DATED: September 26, 2017    By  */s/ Geoffrey A. Hansen*
                                                GEOFFREY A. HANSEN
                                                Assistant Federal Public Defender
                                                Attorney for SAMUEL MEZA

DATED: September 26, 2017    By  */s/ Nikhil Bhagat*
                                                NIKHIL BHAGAT
                                                Assistant United States Attorney
                                                Attorney for the United States

|    |                                                                                   |                                                              |
|----|-----------------------------------------------------------------------------------|--------------------------------------------------------------|
| 1  | PETER L. ARIAN (Bar No. 238029)                                                   |                                                              |
| 2  | (E-Mail: Peterarianlaw@gmail.com)<br>410 San Anselmo Avenue                       |                                                              |
| 3  | San Anselmo, California 94960<br>Telephone: (415) 758-1871                        |                                                              |
| 4  | Facsimile: (415) 329-1408                                                         |                                                              |
| 5  | Attorneys for Defendant<br>MIGUEL ANGEL SALAS                                     |                                                              |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR-17-283-EMC |
|---|---|
| Plaintiff, | |
| v. | **[PR~~OPO~~SED] ORDER CONTINUING STATUS DATE FROM SEPTEMBER 27, 2017 to OCTOBER 18, 2017 AND PROPOSED ORDER RE: EXCLUDABLE TIME UNDER THE SPEEDY TRIAL ACT** |
| MIGUEL ANGEL SALAS, et al, | |
| Defendants. | |

Pursuant to the parties' stipulation, the Court orders that the status conference currently set for September 27, 2017 be continued to October 18, 2017. The Court also finds that the exclusion of the period from September 27, 2017 to October 18, 2017 from the time limits applicable under 18 U.S.C. § 3161 is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendant s in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation and of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. § 3161(h)(7)(B)(iv).

DATED: September 26, 2017



_____
HON. EDWARD M. CHEN
United States District Judge

3